CAAP-12-0000870

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

ASSOCIATION OF CONDOMINIUM HOMEOWNERS OF
TROPICS AT WAIKELE, by its Board of Directors,
Plaintiff-Appellee, v. PATSY NAOMI SAKUMA,
Defendant-Appellant, and FIRST HAWAIIAN BANK,
a Hawaii corporation; WAIKELE COMMUNITY ASSOCIATION,
a Hawaii nonprofit corporation, Defendants-Appellees,
and JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-10;
DOE ENTITIES 1-5; and DOE GOVERNMENTAL UNITS 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-1487)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of Defendant-Appellant Pro Se's
Motion for Reconsideration, filed on July 31, 2015, and the
records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawai‘i, August 4, 2015.

On the motion:

Patsy Naomi Sakuma
Defendant-Appellant Pro Se

Presiding Judge

Associate Judge

Associate Judge